764 F.2d 1279
 William Lloyd HILL, Appellant,
v.
A.L. LOCKHART, Director, Arkansas Department of Correction, Appellee.
 No. 83-1397.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Sept. 10, 1984.
Decided Sept. 20, 1984.
 
 Appeal from the United States District Court for the Eastern District of Arkansas; Garnett Thomas Eisele, Chief Judge.
 
 
 1
 Before LAY, Chief Judge, FLOYD R. GIBSON, Senior Circuit Judge, and HEANEY, BRIGHT, ROSS, McMILLIAN, ARNOLD, JOHN R. GIBSON, FAGG and BOWMAN, Circuit Judges, en banc.
 
 
 2
 Prior Report: 731 F.2d 568 (8th Cir.1984).
 
 ORDER
 
 3
 This case has been considered by the court en banc. The judgment of the district court is affirmed by an equally divided court.